JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID REY FIERRO,<br><br>    Petitioner,<br><br>    v.<br><br>CHARLES SCHUYLER, Acting Warden at Salinas Valley State Prison,<br><br>    Respondent. | Case No. 2:23-cv-09180-GW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 4, 2025

_____
HON. GEORGE H. WU
United States District Judge